## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

SAGU, LLC d/b/a Country Inn and Suites

      Plaintiff,

vs.

GRANGE INSURANCE COMPANY, formerly
known as Grange Mutual Casualty Company,

      Defendant.

CIVIL ACTION
FILE NO.: 1:19-cv-203

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Sagu, LLC d/b/a Country Inn and Suites and Defendant Grange

Insurance Company, and hereby stipulate that all claims asserted by the Plaintiff are hereby

dismissed with prejudice. The partis respectfully request that the Court and the Clerk mark this case

as being closed.

Respectfully submitted, this 7th day of June, 2022.

**CHAD T. WILSON LAW FIRM PLLC**

By:    */s/ Patrick C. McGinnis*
       PATRICK C. MCGINNIS
       Admitted Pro Hac Vice
       *Counsel for Plaintiff Sagu, LLC*

455 East Medical Center
Suite 555
Webster, Texas 77598
pmcginnis@cwilsonlaw.com

4893-5084-9060.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308
Phone: (404) 348-8585
Fax: (404) 467-8845
ryan.wilhelm@lewisbrisbois.com

By:    */s/ Ryan B. Wilhelm*
       RYAN B. WILHELM
       State Bar No.: 759059
       *Counsel for Defendant*
       *Grange Insurance Company*

SO ORDERED this 9th day
of June, 2022.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** has been served upon the following counsel of record via the Court's CM/ECF system:

Patrick S. Flynn
FLYNN & PHILLIPS, LLC
517 W. Broad Avenue
Albany, Georgia 31701
*Counsel for Plaintiff*

Patrick C. McGinnis
Chad T. Wilson Law Firm PLLC
455 East Medical Center Blvd
Suite 555
Webster, Texas 77598
*Counsel for Plaintiff*

Dated this 7th day of June, 2022.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308
Phone: (404) 348-8585
Fax: (404) 467-8845
ryan.wilhelm@lewisbrisbois.com

By:  */s/ Ryan B. Wilhelm*
RYAN B. WILHELM
State Bar No.: 759059
*Counsel for Defendant Grange Insurance Company*

4893-5084-9060.1

3